**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000937**
**10-APR-2019**
**09:43 AM**

NO. CAAP-18-0000937

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

STATE OF HAWAII, Plaintiff-Appellee, v.
EMMANUEL JIMENEZ, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-18-01813)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed March 29, 2019, by Defendant-Appellant Emmanuel Jimenez (Jimenez),[1] the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal, under Hawai‘i Rules of Appellate Procedure (HRAP) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) attached to the stipulation is Jimenez's declaration showing

---

[1] Jimenez's counsel, Daniel Kawamoto (Kawamoto), allowed Jimenez to default on the statement of jurisdiction and opening brief. Kawamoto is cautioned to timely file documents or request an extension of time. Future violations may result in sanctions.

he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawai'i, April 10, 2019.


Presiding Judge


Associate Judge


Associate Judge